IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09 CV 79

| | |
|---|---|
| GREGORY GRANT, M.D., BENJAMIN FANN, M.D. and DAVID HAYES, M.D., <br><br> Plaintiffs <br><br> V <br><br> ADVENTIST HEALTH SYSTEM SUNBELT HEALTH CARE CORPORATION d/b/a PARK RIDGE HOSPITAL a/k/a FLETCHER HOSPITAL, INCORPORATED, PARK RIDGE MEDICAL ASSOCIATES and DOE PHYSICIANS 1 THROUGH 30, <br><br> Defendants | ORDER |

**THIS MATTER** is before the court on C. William Hinnant, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Charles William Hinnant, Jr. It appearing that Charles William Hinnant, Jr. is a member in good standing with the South Carolina Bar and will be appearing with C. William Hinnant, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that C. William Hinnant, Jr.'s Application for Admission to Practice *Pro Hac Vice* (#2) of Charles William Hinnant, Jr. is **GRANTED**, and that Charles William Hinnant, Jr. is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with C. William Hinnant, Jr.

Signed: February 28, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge