IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09 CV 79

| | |
|---|---|
| GREGORY GRANT, M.D., BENJAMIN FANN, M.D. and DAVID HAYES, M.D.,<br><br>    Plaintiffs<br><br>V<br><br>ADVENTIST HEALTH SYSTEM SUNBELT HEALTH CARE CORPORATION d/b/a PARK RIDGE HOSPITAL a/k/a FLETCHER HOSPITAL, INCORPORATED, PARK RIDGE MEDICAL ASSOCIATES and DOE PHYSICIANS 1 THROUGH 30,<br><br>    Defendants | **ORDER** |

**THIS MATTER** is before the court on Jacqueline D. Grant's Application for Admission to Practice *Pro Hac Vice* of W. Davis Frye. It appearing that W. Davis Frye is a member in good standing with the Mississippi Bar and will be appearing with Jacqueline D. Grant, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Jacqueline D. Grant's Application for Admission to Practice *Pro Hac Vice* (#5) of W. Davis Frye is **GRANTED**, and that W. Davis Frye is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Jacqueline D. Grant.

Signed: March 23, 2009

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge